**Order filed December 10, 2019.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-19-00477-CV**

————————

**CHRISTOPHER  BRANCH, Appellant**

**V.**

**FORT BEND COUNTY, Appellee**

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 320790434**

## O R D E R

No reporter's record has been filed in this case.  The official court reporter for the 434th Judicial District Court informed this court that appellant had not requested the reporter's record. On October 15, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of request record.  *See* Tex. R. App. P. 37.3(c).  Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.